**United States District Court**
For the Northern District of California

1
2
3                                                          **\*E-FILED 12/11/08\***
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                               SAN JOSE DIVISION
11   TECHNOLOGY LICENSING CORPORATION,              No. C 01-04204 RS
12             Plaintiff,
13             v.
14   GENNUM CORPORATION,
15             Defendant.
     _____/
16
17   TECHNOLOGY LICENSING CORPORATION              No. C 04-00604 RS
18             Plaintiff,
19             v.
20   VIDEOTEK, INC.,
21             Defendant
     _____/
22   AND RELATED CLAIMS AND
     COUNTERCLAIMS.
23   _____/
24            **ORDER SETTING TELEPHONIC STATUS CONFERENCE**
25   TO ALL PARTIES AND COUNSEL OF RECORD:
26            The parties are directed to file a joint letter on January 21, 2009 addressing the status of all
27   unresolved claims, counterclaims and third party actions in this and all related actions with a
28   telephone status conference to follow at **2:30 p.m. on January 28, 2009**.

ORDER SETTING STATUS CONFERENCE

1    No later than Friday, January 23, 2009, all parties shall contact Court Conference at 866/582-

2    6878 to arrange participation by telephone.

3    DATED:        December 11, 2008

4

5    _____

6    RICHARD SEEBORG
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER SETTING STATUS CONFERENCE            2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lina M. Brenner      lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

Michael A. Dorfman      michael.dorfman@kattenlaw.com, mary.picot@kattenlaw.com; ecfdocket@kattenlaw.com

Daniel J. Herling      djherling@duanemorris.com

Gary R. Maze      grmaze@duanemorris.com,

J. Donald McCarthy      dmccarthy@jonesday.com, gcperez@jonesday.com

John Arai Mitchell      mitch@araimitchell.com

Omer Salik      osalik@jonesday.com, rangelm@hbdlawyers.com

Sarah Anne Silbert      ssilbert@fulbright.com,

Mary Agnes Tuck      mtuck@activision.com

Timothy J. Vezeau      timothy.vezeau@kattenlaw.com, anne.rova@kattenlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 11, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California