**\*E-FILED 1/28/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION | No. C 04-00604 RS |
| Plaintiff, | |
| v. | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| VIDEOTEK, INC., | |
| Defendant | |

A telephonic status conference was held on January 28, 2009

A further telephonic status conference will be held on **April 8, 2009 at 2:30 p.m.**  The parties shall submit a updated joint letter no later than April 6, 2009.

No later than Friday, April 3, 2009, all parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

DATED:       January 28, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Daniel J. Herling    herling@khlaw.com, bremer@khlaw.com

Gary R. Maze    grmaze@duanemorris.com

J. Donald McCarthy    jdmccarthy@duanemorris.com, grclark@duanemorris.com

John Arai Mitchell    mitch@araimitchell.com

Lina M. Brenner    lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

Mary Agnes Tuck    mtuck@activision.com

Michael A. Dorfman    michael.dorfman@kattenlaw.com, ecfdocket@kattenlaw.com, sharyn.castle@kattenlaw.com, susan.mahmarian@kattenlaw.com

Omer Salik    osalik@jonesday.com, rangelm@hbdlawyers.com

Sarah Anne Silbert    ssilbert@fulbright.com

Timothy J. Vezeau    timothy.vezeau@kattenlaw.com, anne.rova@kattenlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 28, 2009

                                              /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg