J. Donald McCarthy (SBN 69864)
Audra L. Thompson (SBN 218479)
DUANE MORRIS, LLP
633 W. 5th Street, Suite 4600
Los Angeles, CA  90071-2065
Telephone:  (213) 689-7400
Facsimile:  (213) 689-7401
E-mail:   JDMccarthy@duanemorris.com
           AThompson@duanemorris.com

Attorneys for Third Party Defendant
GENNUM CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> VIDEOTEK, INC., <br><br> Defendant. <br> ———————————————— <br> AND RELATED CLAIMS AND COUNTERCLAIMS. | Case No.: CV-04-00604 RS <br><br> **STIPULATED DISMISSAL OF THIRD-PARTY CLAIMS** |

WHEREAS, Defendant Videotek, Inc. ("Videotek") brought third-party claims for indemnity against Gennum Corporation ("Gennum") and FAI Electronics ("FAI"), and since the underlying patent case has been resolved, Videotek wishes to dismiss those third-party claims under Rule 41, Fed. R. Civ. P., it is hereby stipulated that Videotek's the third-party

///

///

///

claims against Gennum and FAI be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: February __, 2009.

Respectfully submitted,

*Richard T Redano*

DUANE MORRIS LLP
Richard T. Redano, Esquire
3200 Southwest Expressway, Suite 3150
Houston, TX 77027-7534
Telephone: 713-402-3907
E-mail: RTRedano@duanemorris.com

Counsel for Videotek, Inc.

DUANE MORRIS LLP
J. Donald McCarthy
Audra L. Thompson
633 W. 5th Street, Suite 4600
Los Angeles, CA 90071-2065
Telephone: 213-689-7413
E-mail: JDMcCarthy@duanemorris.com
Athompson@duanemorris.com

Counsel for Third-Party Defendant Gennum
Corporation

BEVERIDGE & DIAMOND, P.C.
Nicholas W. van Aelstyn
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: 415-262-4008
E-mail: nvanaelstyn@bdlaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2009

RICHARD SEEBORG
United States Magistrate Judge

2          STIPULATED DISMISSAL OF THIRD PARTY CLAIMS

1  claims against Gennum and FAI be dismissed with prejudice, each party to bear its own

2  costs and attorney fees.

3  Dated: March 9, 2009.

4

5  Respectfully submitted,

6

7  _____        _/s/ Donald McCarthy_____

8  DUANE MORRIS LLP                    DUANE MORRIS LLP
   Richard T. Redano, Esquire          J. Donald McCarthy

9  3200 Southwest Expressway, Suite 3150  Audra L. Thompson
   Houston, TX 77027-7534              633 W. 5th Street, Suite 4600

10 Telephone: 713-402-3907            Los Angeles, CA 90071-2065
   E-mail: RTRedano@duanemorris.com   Telephone: 213-689-7413
                                       E-mail: JDMcCarthy@duanemorris.com

11 Counsel for Videotek, Inc.                  Athompson@duanemorris.com

12                                     Counsel for Third-Party Defendant Gennum
                                       Corporation
13

14

15                                     BEVERIDGE & DIAMOND, P.C.
                                       Nicholas W. van Aelstyn
16                                     456 Montgomery Street, Suite 1800
                                       San Francisco, CA 94104-1251
17                                     Telephone: 415-262-4008
                                       E-mail: nvanaelstyn@bdlaw.com
18
                                       Counsel for Third-Party Defendant FAI
19                                     Electronics

20

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 Dated:_____            _____

24                                     RICHARD SEEBORG
                                       United States Magistrate Judge
25

26

27

28

                                    2         STIPULATED DISMISSAL OF THIRD PARTY CLAIMS